*SCOFFIELD AND WIFE *against* LODER.    [*75]

Where the tenant on a writ of right, vouches, and a writ of summons issues which is irregular in its service, or defective in the return, an *alias summons*, will be granted against the vouchee.

ON a writ of right.

The tenant having vouched one Hunter, a writ of summons was issued, the service of which was irregular, or its return by the sheriff was defective, no proclamation appearing to have been made.

*Riker*, for the demandant, moved for judgment against the tenant.

*Munro*, contra, applied for an *alias summons* against the vouchee.

*Per Curiam.* The tenant is entitled to an *alias summons* The insufficient service of the first writ, or its defective return, is not imputable to him, and he ought not to be placed in a worse condition than if *nihil* had been returned. Let an *alias* issue.

Motion denied.